UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                                          Case #

Alexander Kurbatsky,                                                Chapter 7

        Debtor.                                                       DEBTOR'S AFFIDAVIT
----------------------------------------------------------------X

STATE OF NEW YORK    )
                               SS:
COUNTY OF KINGS        )

        ALEXANDER KURBATSKY, being duly sworn, deposes and says:

1) I have no provided pay stubs for the previous 6-months as required, because I was not employed during that time period.

2) I have not provided tax returns for the prior 3 years, because I was not legally obligated to do so as I did not make enough money.

                                                                 _____
                                                                  Alexander Kurbatsky

Sworn to before me
this ___27___ day of __Feb__, 2014

_____
NOTARY PUBLIC

ALBERT RYLO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02RY6240626
Qualified in Kings County
Commission Expires May 31, 2015